UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FAITH ACTION MINISTRY ALLIANCE, INC.,**

    Plaintiff,

v.                                              Case No: 8:22-cv-1696-MSS-JSS

**NIKKI FRIED, LISA CHURCH, JOSEPH R. BIDEN, JR. , THOMAS J. VILSACK, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES OF AMERICA and NEDRA HARRINGTON,**

    Defendants.

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for a Temporary Restraining Order, A Preliminary Injunction, and Delay of Effective Date. (Dkt. 21) Upon review and consideration of the foregoing, the Court hereby **ORDERS** as follows:

1. Defendants are **DIRECTED** to file a response to Plaintiff's motion **no later than Monday, August 8, 2022.**

2. This case is set for a hearing on the Plaintiff's Motion for a Temporary Restraining Order on **Thursday, August 11, 2022, in the Sam Gibbons United States Courthouse, Tampa, Florida, Courtroom 7A at 9:30 AM**

before United States District Judge Mary S. Scriven. The Court has set aside **three (3) hours** for this hearing.

3. The Parties shall file exhibit lists and witness lists (if any live witnesses will be called at the hearing) on or before **August 9, 2022, at 12:00 PM.**

4. **NO PARTY MAY DESTROY ANY EVIDENCE RELEVANT TO THIS CASE OR THAT MAY LEAD TO RELEVANT EVIDENCE IN THIS CASE DURING THE PENDENCY OF THIS LITIGATION.**

5. All persons entering the Courthouse must present photo identification to Court Security Officers. Counsel are permitted to bring into the courthouse electronic devices in accordance with the procedures set forth in the standing Order of this Court: In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida, 6:13-mc-94-Orl-22 (October 1, 2013).

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of August 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person