# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **FAITH ACTION MINISTRY ALLIANCE, INC.**, doing business as **GRANT PARK CHRISTIAN ACADEMY**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**NIKKI FRIED**, in her official capacity as Florida Commissioner of Agriculture and Consumer Services; **JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States; **THOMAS J. VILSACK**, in his official capacity as Secretary of the U.S. Department of Agriculture; **LISA CHURCH**, in her official capacity as Chief, Bureau of Child Nutrition Programs, Division of Food, Nutrition and Wellness, Florida Department of Agriculture and Consumer Services; **NEDRA HARRINGTON**, in her official capacity as Senior Management Analyst II, Division of Food, Nutrition and Wellness, Florida Department of Agriculture and Consumer Services; **U.S. DEPARTMENT OF AGRICULTURE**, a federal agency; and **UNITED STATES OF AMERICA**,<br><br>　　　　Defendants. | **Case No.** 8:22-cv-01696-MSS-JSS<br><br>**Joint Motion for a Stay of Briefing and Hearing on Plaintiff's Motion for Temporary Restraining Order** |

1

## JOINT MOTION FOR A STAY OF BRIEFING AND HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

All parties jointly move the Court for a stay of the briefing and pre-hearing deadlines and a continuance of the hearing date on Plaintiff's Motion for a Temporary Restraining Order set forth in the Court's Order of August 4, 2022. ECF 23.

On August 3, 2022, Grant Park Christian Academy moved the Court for a time-sensitive relief. ECF 21. Its motion stated, "At the behest of federal officials, Commissioner Fried is poised to block Grant Park Christian Academy's school lunch funding and not accept the school into the school lunch program for the school year starting on August 10, 2022." *Id*. This Court scheduled a response brief for Monday, August 8, 2022, pre-hearing submissions for August 9, 2022, and scheduled a hearing for Thursday, August 11, 2022. ECF No. 23.

Today, Friday, August 5, 2022, state officials informed Grant Park Christian Academy that the school would be allowed to continue participating in the National School Lunch Program upon Grant Park Christian Academy's imminent completion of the National School Lunch Program application requirements. In addition, attorneys for the United States Department of Justice, authorized to make representations on behalf of the United States Department of Agriculture (USDA), acknowledged that Grant Park Christian

2

Academy qualifies for a religious exemption under Title IX of the Education Amendments of 1972 and issued a written letter confirming the school's religious exemption on Friday, August 5, 2022. The General Counsel for the Florida Department of Agriculture and Consumer Services (FDACS) assured the school that FDACS intends to respect that religious exemption.

These developments will permit Grant Park Christian Academy to serve lunches to its student body on the first day of school next Wednesday and will remove the need for a hearing on August 11, 2022.

The parties will confer further next week to identify whether any issues remain in dispute. Following that conference, the parties will notify the Court whether further briefing or motion practice will be necessary.

## LOCAL RULE 3.01(G) CERTIFICATION

All parties conferred and jointly move the court on the entirety of the motion.

Respectfully submitted this August 5, 2022.

By: /s/ *Erica Steinmiller-Perdomo*

J. Carter Andersen
FL Bar Number: 143626
Bush Ross, P.A.
1801 N. Highland Avenue
Mailing: P.O. Box 3913
Tampa, Florida 33601-3913
Telephone: (813) 224-9255
Facsimile: (813) 223-9620
candersen@bushross.com

Edward O. Savitz
FL Bar Number: 183867
Bush Ross, P.A.
1801 N. Highland Avenue
Mailing: P.O. Box 3913
Tampa, Florida 33601-3913
Telephone: (813) 204-6413
Facsimile: (813) 223-9620
esavitz@bushross.com

Harley E. Riedel
FL Bar Number: 183628
Stichter Riedel Blain & Postler P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
hriedel@srbp.com

*Lead Counsel
**By Special Admission

ERICA STEINMILLER-PERDOMO *
FL Bar Number: 118439
RYAN L. BANGERT**
TX Bar Number: 24045446
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
esteinmiller@ADFlegal.org
rbangert@ADFlegal.org

JULIE MARIE BLAKE**
VA Bar Number: 97891
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

DAVID A. CORTMAN
FL Bar Number: 18433
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE,
  Suite D1100
Lawrenceville, Georgia 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
dcortman@ADFlegal.org

*Attorneys for Plaintiff Faith Action Ministry Alliance, Inc.,
doing business as Grant Park Christian Academy*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

CARLOTTA WELLS
Deputy Director, Federal Programs Branch

/s/ *Gary Feldon*
GARY D. FELDON
D.C. Bar # 987142
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 598-0905
Email: gary.d.feldon@usdoj.gov

JONATHAN D. KOSSAK
DC Bar No. 991478
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 305-0612
Email: Jonathan.kossak@usdoj.gov

*Counsel for Federal Defendants*

/s/ *Magdalena Ozarowski*
FL Bar No. 94297
Florida Department of Agriculture and Consumer Services
407 S. Calhoun St. Ste. 520
Tallahassee, FL 32399
850-245-1000
Magdalena.Ozarowski@fdacs.gov

*Attorney for Defendants Nikki Fried, in her official capacity as Florida Commissioner of Agriculture and Consumer Services; Lisa Church, in her official capacity as Chief, Bureau of Child nutritional Programs, Division of Food, Nutrition and Wellness, Florida Department of Agriculture and Consumer Services; Nedra Harrington, in her official capacity as Senior Management Analyst II, Division of Food, Nutrition and Wellness, Florida Department of Agriculture and Consumer Services.*