IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **FAITH ACTION MINISTRY ALLIANCE, INC.**, doing business as **GRANT PARK CHRISTIAN ACADEMY**,<br><br>Plaintiff,<br><br>v.<br><br>**NIKKI FRIED**, in her official capacity as Florida Commissioner of Agriculture and Consumer Services, et al.,<br><br>Defendants. | Case No. 8:22-cv-01696-MSS-JSS<br><br>Plaintiff's Notice of Voluntary Dismissal without Prejudice |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Faith Action Ministry Alliance d/b/a Grant Park Christian Academy hereby gives this notice of voluntary dismissal without prejudice. State and federal defendants have not served an answer or motion for summary judgment in this action. Accordingly, voluntary dismissal of this action without court order is permitted. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Dismissal of this case is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

1

Respectfully submitted this 23rd day of September, 2022.

By: /s/ Erica Steinmiller-Perdomo

| | |
|---|---|
| J. CARTER ANDERSEN<br>FL Bar Number: 143626<br>BUSH ROSS, P.A.<br>1801 N. Highland Avenue<br>Mailing: P.O. Box 3913<br>Tampa, Florida 33601-3913<br>Telephone: (813) 224-9255<br>Facsimile: (813) 223-9620<br>candersen@bushross.com | ERICA STEINMILLER-PERDOMO *<br>FL Bar Number: 118439<br>RYAN L. BANGERT**<br>TX Bar Number: 24045446<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>Telephone: (202) 393-8690<br>Facsimile: (202) 347-3622<br>esteinmiller@ADFlegal.org<br>rbangert@ADFlegal.org |
| EDWARD O. SAVITZ<br>FL Bar Number: 183867<br>BUSH ROSS, P.A.<br>1801 N. Highland Avenue<br>Mailing: P.O. Box 3913<br>Tampa, Florida 33601-3913<br>Telephone: (813) 204-6413<br>Facsimile: (813) 223-9620<br>esavitz@bushross.com | JULIE MARIE BLAKE**<br>VA Bar Number: 97891<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Parkway<br>Lansdowne, Virginia 20176<br>Telephone: (571) 707-4655<br>Facsimile: (571) 707-4790<br>jblake@ADFlegal.org |
| HARLEY E. RIEDEL<br>FL Bar Number: 183628<br>STICHTER RIEDEL BLAIN & POSTLER P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602<br>Telephone: (813) 229-0144<br>Facsimile: (813) 229-1811<br>hriedel@srbp.com | DAVID A. CORTMAN<br>FL Bar Number: 18433<br>ALLIANCE DEFENDING FREEDOM<br>1000 Hurricane Shoals Road NE, Suite D1100<br>Lawrenceville, Georgia 30043<br>Telephone: (770) 339-0774<br>Facsimile: (770) 339-6744<br>dcortman@ADFlegal.org |
| | *Lead Counsel<br>**Appearing pro hac vice |

2

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 23, 2022, I conferred with opposing counsel. Opposing counsel has no objection to this notice.

/s/ Erica Steinmiller-Perdomo
ERICA STEINMILLER-PERDOMO

## CERTIFICATE OF SERVICE

  I hereby certify that on September 23, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Middle District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Erica Steinmiller-Perdomo
ERICA STEINMILLER-PERDOMO
