UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FAITH ACTION MINISTRY
ALLIANCE, INC.,

    Plaintiff,

v.                                                                 Case No: 8:22-cv-1696-MSS-JSS

NIKKI FRIED, LISA CHURCH,
JOSEPH R. BIDEN, JR., THOMAS J.
VILSACK, UNITED STATES
DEPARTMENT OF
AGRICULTURE, UNITED STATES
OF AMERICA and NEDRA
HARRINGTON,

    Defendants.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 37), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 26th day of September 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party